UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

VS. :

ORDER

ROBERT J. MOSER :

Mag. No. 23-4039(MJS)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 8th day of August 2023,

ORDERED that the Federal Public Defender for the District of New Jersey, (Lori Koch, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

MATTHEW J. SKAHILL
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender