UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Matthew J. Skahill |
| v. | : | Mag. No. 23-mj-4039 (MJS) |
| ROBERT J. MOSER | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Jeffrey B. Bender, Assistant U.S. Attorney, appearing), and defendant ROBERT J. MOSER (Lori Koch, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through August 7, 2024.

2. This Court granted five § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial. Specifically, the parties have executed a plea agreement and seek additional time to present the plea to the Honorable Edward S. Kiel during a plea hearing, presently scheduled for July 8, 2024.

4. Counsel for the United States also represented that this continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. The pre-indictment discovery the United States has voluntarily provided the defendant involves many documents, video recordings, and other materials that defense counsel requires adequate time to review.

b. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c. Plea negotiations have resulted in an executed plea agreement. Both the United States and the defendant desire additional time to present the agreement during a plea hearing that is presently scheduled for July 8, 2024.

d. Thus, the ends of justice served by granting the continuance and preventing any non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from June 8, 2024 through August 7, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HON. MATTHEW J. SKAHILL
United States Magistrate Judge

Dated: May 15, 2024

Form and entry consented to:

*/s/Jeffrey B. Bender*

Jeffrey B. Bender
Assistant U.S. Attorney

Lori Koch

Lori Koch, Esq.
Counsel for Robert J. Moser

Sara A. Aliabadi
Deputy Attorney-in-Charge, Camden